UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMANDA TURNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HILL-ROM MANUFACTURING, INC., )<br>)<br>Defendant. ) | CASE NO. 1:11-CV-01201-WTL-DML |

### ORDER OF DISMISSAL WITH PREJUDICE

The parties having so stipulated, the Court hereby dismisses this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with the parties to bear their own costs and attorneys' fees.

Dated: 12/05/2012

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to:

Charles B. Baldwin
Brett E. Buhl
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
*charles.baldwin@ogletreedeakins.com*
*brett.buhl@ogletreedeakins.com*

Randy J. Blankenship
BLANKENSHIP MASSEY & ASSOCIATES, PLLC
*rblankenship@nkylawyers.com*

13866526.1